# Court of Appeals
# of the State of Georgia

ATLANTA,  November 03, 2022

*The Court of Appeals hereby passes the following order:*

**A23D0093. TERRY REYNOLDS v. THE STATE.**

On July 25, 2022, the trial court entered an order revoking Terry Reynolds's probation. Reynolds filed this discretionary application from the trial court's ruling on September 2, 2022.[1] We, however, lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-35 (d). "The requirements of OCGA § 5-6-35 are jurisdictional and this court cannot accept [an application] for appeal not made in compliance therewith." *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). See also *Gable v. State*, 290 Ga. 81, 82 (2) (a) (720 SE2d 170) (2011) (noting that this Court "has held that the failure to meet the statutory deadline for filing a discretionary application is a jurisdictional defect"). Reynolds filed his application 39 days after entry of the order he seeks to appeal. The application is thus untimely, and it is hereby DISMISSED for lack of jurisdiction.

---

[1] Reynolds filed the application in the Supreme Court of Georgia on September 2, 2022, which transferred the case to this Court. See Case No. S23D0131 (transferred Sept. 29, 2022).



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* ___11/03/2022___

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen*
_____ *, Clerk.*